UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLENDA MALIN and MARK MALIN, on behalf of themselves and a Class, | ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | Civil Action No. 17cv8422 |
| KOVITZ SHIFRIN NESBIT, A PROFESSIONAL CORPORATION, | ) ) ) ) ) | Honorable Marvin E. Aspen |
| DEFENDANT. | ) | |

## JOINT STATUS REPORT

NOW COMES Plaintiffs, Glenda Malin and Mark Malin, by and through their attorneys, The Law Office of M. Kris Kasalo, Ltd., and Defendant, Kovitz Shifrin Nesbit, A Professional Corporation, via its attorney Scott Helfand of Husch Blackwell LLP, and for their Joint Status Report filed pursuant to the Court's Minute Entry filed on March 22, 2018, Dkt. #10, state as follows:

**Plaintiffs' position**: Plaintiff and the proposed class do not anticipate that expert discovery will be required in this case. However, as Defendant has not plead any affirmative defenses to date, Plaintiff's position may change should an affirmative defense later be plead that requires expert discovery to be taken.

**Defendant's position**: Defendant does not anticipate using an expert at this time.

Dated: June 20, 2018    Respectfully submitted,

Glenda Malin and Mark Malin

By:  /s / Mario Kris Kasalo
  One of their Attorneys

The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street
Suite 3100
Chicago, IL  60602
Tel. 312-726-6160
Fax 312-698-5054
mario.kasalo@kasalolaw.com

## CERTIFICATE OF SERVICE

I, Mario Kris Kasalo, an attorney, certify that I shall cause to be served a copy of **JOINT STATUS REPORT** in this case that will be served via the method stated below, upon the following on June 20, 2018:

| | |
|---|---|
| __X__ CM/ECF<br>_____ Facsimile<br>____  Federal Express<br>____  UPS<br>____  Mail<br>____  Messenger<br>____  Email<br>____  USPS Mail | *Attorney(s) for Defendant(s):*<br><br>**Scott J. Helfand**<br>**Attorney**<br><br>**HUSCH BLACKWELL LLP**<br>120 South Riverside Plaza, Suite 2200<br>Chicago, IL 60606-3912<br>Direct:  312.341.9876<br>Fax:  312.655.1501 |